UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __13-4345__    Case Manager: __Amy E. Gigliotti__

Case Name: __Liggett, et al, Co-Trustees v. Cheasapeake Energy Corp., et al v. Liggett, et a__
                                                                                    Individua

Is this case a cross appeal? ☐ Yes ☒ No
Has this case or a related one been before this court previously? ☐ Yes ☒ No
If yes, state:
   Case Name: _____ Citation: _____
Was that case mediated through the court's program? ☐ Yes ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

> The appeal is being taken against Appellees, Chesapeake Energy Corp., and CHK Utica, LLC.
> Specific Issues
> 1. Whether one having the power to lease anothers real estate may unwittingly do so.
> 2. Whether a principal is bound by his agent's acts that are outside of or independent from the scope of his authority.
> 3. Whether a principal is bound by the acts of his agent acting on his own behalf.
> 4. Whether the identity of the owner of real estate leased is material to the lease transaction.
> 5. Whether a meeting of the minds on the essential terms of an agreement is a requirement for enforcing a contract.
> 6. Whether rescission is available to remedy the parties' mutual mistake of material fact in making a contract.
> 7. Whether either party is bound by any term or condition of a rescinded contract.
> 8. Whether a breach of warranty of title can occur in the absence of yielding possession to a paramount title.
> 9. Whether a breach of covenant to defend can occur in the absence of yielding possession to a paramount title.
> 10. Whether attorney fees are properly awarded as an element of damages in a contract action.*

This is to certify that a copy of this statement was served on opposing counsel of record this __18th__ day of

__November__, 2013.    __Michael D. Rossi, Esq.__
                        Name of Counsel for Appellant

* 11. Whether the rules of contract construction preclude an award of attorney fees under the facts and circumstances here presented, i.e., interpreting the language of the instant lease prepared by Appellees.
  12. Whether damages for breach of contract may be awarded against a stranger to the contract transaction.
  13. Whether, under the facts and circumstances presented, Appellants failed to "sign such additional documents as may be reasonably requested by Lessee to perfect Lessee's title to the oil and gas leased herein."

6CA-53    ** Please see attached Second Sheet.
Rev. 6/08

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES
## PAGE 2

**Case No.** __13-4345__　　**Case Manager:** _____Amy E. Gigliotti_____

**Case Name:** <u>Liggett, et al, v. Co-Trustees v. Chesapeake Energy Corp., et al v. Liggetts, et al, Individuals</u>

\*\* 14. Whether, in consequence of the nature of the judgment entered by the District Court, there is any need whatsoever to sign any additional documents "to perfect Lessee's title to the oil and gas leased herein."

15. Whether the District Court's treatment of Co-Trustees Liggett and Individuals Liggett as the very same legal entity/entities is against the manifest weight of the evidence.

16. Whether there is any record evidence whatsoever that Individuals Liggett signed the lease for, on behalf of, or in any respect relative to Co-Trustees Liggett.